UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSHUA RAMUS,

                 Plaintiff,

- against -

GRAHAM R. BRUWER and GERARD E. METOYER,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

23-cv-1770 (JPC)(JLC)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      PLEASE TAKE NOTICE that, upon the Declaration of Daniel Akselrod in Support of Plaintiff's Motion for Default Judgment, dated May 5, 2023, and the exhibits thereto; the Declaration of Plaintiff Joshua Ramus, dated May 5, 2023, and the exhibits thereto; and the Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, dated May 5, 2023, Plaintiff Joshua Ramus will move this Court, before the Honorable John P. Cronan, at the United States District Court for the Southern District of New York, located at, 500 Pearl Street, New York, New York, on June 7, 2023 at 10:00 a.m., via a telephonic conference, for an Order entering default judgment against defendants, Graham R. Bruwer and Gerard E. Metoyer, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Order entered in this matter on April 19, 2023, any opposition to Plaintiff Joshua Ramus' Motion for Default Judgment must be filed no later than May 19, 2023 and Plaintiff shall file any reply no later than May 26, 2023.

Dated: New York, New York
       May 5, 2023    MANDEL AKSELROD, P.C.
                              40 Exchange Place, Suite 1203
                              New York, NY 10005
                              (212)668-1700
                              *Attorneys for Plaintiff*

                            By: *s/ Daniel Akselrod*
                                  Daniel Akselrod

To:    Mr. Graham R. Bruwer
          151 Cumberland Road
          Glendale, CA 91202

          Mr. Gerard E. Metoyer
          6003 Monroe Place, Apt. 5D
          West New York, NJ 07093