UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JOSHUA RAMUS, | 23-cv-1770(JPC)(JLC) |
| Plaintiff, | **DEFAULT JUDGMENT** |
| - against - | |
| GRAHAM R. BRUWER and GERARD E. METOYER, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This action having been commenced on March 1, 2023 by the filing of the Summons and Complaint; and

A copy of the Summons and Complaint having been personally served on the defendant GERARD E. METOYER on March 6, 2023, by personal service, and a proof of service having been filed on March 8, 2023, and defendant GERARD E. METOYER not having answered the Complaint, and the time for answering the Complaint having expired; and

A copy of the Summons and Complaint having been personally served on the defendant GRAHAM R. BRUWER on March 13, 2023, by personal service, and a proof of service having been filed on March 29, 2023, and defendant GRAHAM R. BRUWER not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED, AND DECREED, Pursuant to Article 3A of the New York Lien Law, the Defendants, jointly and severally, are ordered to provide to Plaintiff's attorneys, on or before _____, 2023, the books and records of the renovation project on the cooperative apartment known as 100 Hudson Street, Apt. 2E, New York, New York that is the subject matter of this action ("the Project"), including records of all funds received from Plaintiff and all payments or transfers from the funds received from Plaintiff, together with verified statements as to the contents of such books and records;

ORDERED, ADJUDGED, AND DECREED, that the Defendants, jointly and severally, hold in a constructive trust for Plaintiff's benefit the amount representing any funds received from Plaintiff in connection with the Project, including funds transferred or retransferred to any account or other location by the Defendants; and

ORDERED, ADJUDGED, AND DECREED, that Plaintiff have judgment against the defendants, jointly and severally, in the amount of $_____, with interest at 9% from _____, in the amount of  $_____, together with punitive damages in the amount of _____, amounting in all to _____, and that post-judgment interest shall run thereon from the date of entry, and that Plaintiff shall have execution thereon.

Dated:  New York, New York
_____, 2023

_____
JOHN P. CRONAN, U.S.D.J.